IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACHA IP LLC<br><br>    PLAINTIFF,<br><br>  v.<br><br>A&R ALLIED ENTERPRISE, INC; ET AL.<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:10-cv-594 |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Macha IP LLC and defendant Amazon.com, Inc. d/b/a Amazon.com ("Amazon.com") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, provided however, that dismissal is without prejudice to Amazon.com's right, in any future litigation in which infringement of U.S. Patent No. 5,758,767 or any related patent has been asserted against Amazon.com or its customers, to reassert any counterclaim or defense, with each party to bear its own costs, expenses and attorneys fees.

December 2, 2011                                            Respectfully submitted,

                                                                                   MACHA IP LLC

                                                                                    By: /s/ Andrew P. Tower
                                                                                    Andrew W. Spangler – LEAD COUNSEL
                                                                                    Texas Bar No. 24041960
                                                                                    Spangler Law P.C.
                                                                                    208 N. Green Street, Suite 300
                                                                                   Longview, Texas 75601
                                                                                   (903) 753-9300
                                                                                   (903) 553-0403 (fax)
                                                                                   spangler@spanglerlawpc.com

                                                                                  John J. Edmonds
                                                                                  Texas Bar No. 789758

                        Andrew P. Tower
                        Texas State Bar No. 00786291
                        COLLINS, EDMONDS & POGORZELSKI, PLLC
                        1616 S. Voss Rd., Ste. 125
                        Houston, Texas 77057
                        Telephone: (281) 501-3425
                        Facsimile: (832) 415-2535
                        jedmonds@cepiplaw.com
                        atower@cepiplaw.com

                        ATTORNEYS FOR PLAINTIFF MACHA IP LLC


                        By: /s/ Robert T. Cruzen
                        Robert T. Cruzen
                        Oregon State Bar No. 080167
                        robert.cruzen@klarquist.com
                        James E. Geringer
                        Oregon State Bar No. 951783
                        james.geringer@klarquist.com
                        KLARQUIST SPARKMAN, LLP
                        121 S.W. Salmon Street, Suite 1600
                        Portland, Oregon 97204
                        Telephone: 503-595-5300
                        Facsimile: 503-595-5301

                        Attorneys for Defendant Amazon.com, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 2, 2011                                                 /s/ Andrew P. Tower
                                                                    Andrew P. Tower